AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 08/29/2007 |
| NAME OF SERVER *(PRINT)* <br> Abby Xu | TITLE <br> Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Via U.S. certified mail with return receipt on defendant Emilio T. Gonzalez, Director of the U.S. Citizenship and Immigration Services.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/3/2007          *[signature]*
               Date                    *Signature of Server*

                                      506 N. Garfield Ave., Ste. 100
                                      Alhambra, CA 91801

                                      *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Emilio T. Gonzalez
   Bureau of Citizenship and Immigration Services
   U.S. Citizenship and Immigration Services
   Washington, D.C. 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                      ☐ Agent
                                          ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   DHS                              8-29-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0003 3559 2739

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Pa
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Law Office of **Daniel Huang**
Box 1351
Alhambra, CA 91802-1351

Bollineni Pradeep