# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

PRADEEP C. BOLLINENI, individually,
SIRISHA BOLLINENI, individually,

V.

EMILIO T. GONZALEZ, as Director of the U.S. Citizenship and Immigration Services
ALBERTO R. GONZALES, as Attorney General of the United States,
MICHAEL CHERTOFF, as United States Secretary of Homeland Security

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 4078 JSW

TO: (Name and address of defendant)

United States Attorney's Office, Civil Processing Clerk
Scott N. Schools, USA
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Office Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

ANNA SPRINKLES

DATE AUG 8 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 8.17.2007 |
| Name of SERVER | TITLE proof of Service |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): I served U.S. Attorney via certified first class mail on Aug 15, 2007.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8.17.2007
        Date

Signature of Server: Tracy Li

Address of Server: P.O. Box 1351 Alhambra CA 91801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of U.S. Attorney
   450 Golden Gate Ave. Box 36055
   San Francisco, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Homsano
C. Date of Delivery: 8/15/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):  7007 0710 0003 3559 2722

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE    15 AUG 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Law Office of Daniel Huang
P.O. Box 1351
Alhambra, CA 91802-1351

Bollineni Pradeep