SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRADEEP C. BOLLINENI, <br> SIRISHA BOLLINENI, <br><br>         Plaintiffs, <br><br>     v. <br><br> EMILIO T. GONZALEZ, as Director of the <br> U.S. Citizenship and Immigration Services, <br> ALBERTO R. GONZALES, as Attorney General <br> of the United States; <br> MICHAEL CHERTOFF, as United States <br> Secretary of Homeland Security, <br><br>         Defendants. | No. C-07-4078-JSW <br><br> **ANSWER** |

    The Defendants hereby submit their answer to Plaintiffs' Complaint for Declaratory Relief in the Nature of Mandamus.

**INTRODUCTION**

    1. Defendants admit the allegations in Paragraph One.

**PARTIES**

    2. Defendants admit the allegations in Paragraph Two.

**JURISDICTION AND VENUE**

    3. Paragraph Three consists of plaintiffs' allegations regarding jurisdiction, to which no

ANSWER
C 07-4078 JSW

1 responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

## PARTIES

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit the allegations in Paragraph Six.

7. Defendants admit the allegations in Paragraph Seven with the exception that the acting Attorney General is Peter Keisler. Defendants deny that Executive Order 10450 relating to background checks for government employment is relevant to Plaintiffs' case.

8. Defendants admit the allegations in Paragraph Eight.

## FACTUAL ALLEGATIONS

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants admit the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Fourteen, and on that basis, deny them.

15. Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Fifteen, and on that basis, deny them.

16. Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Sixteen, and on that basis, deny them.

17. Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Seventeen, and on that basis, deny them.

18. Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Eighteen, and on that basis, deny them.

19. Defendants are without sufficient information or knowledge to either admit or deny the

allegations in Paragraph Nineteen, and on that basis, deny them.

20. Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Twenty, and on that basis, deny them.

21. Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Twenty-One, and on that basis, deny them.

22. Defendants admit the allegations in Paragraph Twenty-Two, with the exception of the allegation that any delay is unreasonable.

23. Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Twenty-Three, and on that basis, deny them.

24. Defendants admit the first sentence of Paragraph Twenty-Four; however, Defendants deny the remaining allegations in this paragraph.

25. Defendants deny the allegations in Paragraph Twenty-Five.

26. Defendants deny the allegations in Paragraph Twenty-Six.

27. Defendants deny the allegations in Paragraph Twenty-Seven.

28. Defendants deny the allegations in Paragraph Twenty-Eight.

**CAUSE OF ACTION**

29. Defendants incorporates its responses to Paragraph One through Twenty-Eight as if set forth fully herein.

30. Defendants admit the first sentence of Paragraph Thirty.  Defendants deny the second sentence insofar as eligibility for adjustment of status applications cannot be determined without review of all background security check responses.

31. Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Thirty-One, and on that basis, deny them.

32. Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Thirty-Two, and on that basis, deny them.

33. Defendants admit the first sentence of Paragraph Thirty-Three; however, Defendants deny the remaining allegations in this paragraph.

34. Defendants deny the allegations in Paragraph Thirty-Four.

ANSWER
C 07-4078 JSW

1  35. Defendants deny the allegations in Paragraph Thirty-Five.

2  36. Defendants deny the allegations in Paragraph Thirty-Six.

**PRAYER**

37. Paragraph Thirty-Seven consists of Plaintiffs' prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The court should dismiss the Complaint for lack for subject matter jurisdiction.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiffs, dismissing Plaintiffs' Complaint with prejudice; that Plaintiffs take nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: October 15, 2007                     Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                             /s/
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendants

ANSWER
C 07-4078 JSW