SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PRADEEP C. BOLLINENI, SIRISHA BOLLINENI,

Plaintiffs,

v.

EMILIO T. GONZALEZ, as Director of the U.S. Citizenship and Immigration Services, ALBERTO R. GONZALES, as Attorney General of the United States; MICHAEL CHERTOFF, as United States Secretary of Homeland Security,

Defendants.

No. C 07-4078 JSW

**STIPULATION TO DISMISS; AND [PROPOSED] ORDER**

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

Dated: October 29, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: October 29, 2007

/s/
DANIEL T. HUANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

JEFFREY S. WHITE
United States District Judge