1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6    Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 PRADEEP C. BOLLINENI,                    )
SIRISHA BOLLINENI,                         )    No. C 07-4078 JSW
13                                          )
              Plaintiffs,                   )
14                                          )    **STIPULATION TO DISMISS; AND**
         v.                                 )    **[PROPOSED] ORDER**
15                                          )
EMILIO T. GONZALEZ, as Director of the     )
16 U.S. Citizenship and Immigration Services, )
ALBERTO R. GONZALES, as Attorney General )
17 of the United States;                    )
MICHAEL CHERTOFF, as United States         )
18 Secretary of Homeland Security,          )
                                            )
19            Defendants.                   )
                                            )
20 _____ )

21      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

23 in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

24      Each of the parties shall bear their own costs and fees.

25 ///

26 ///

27

28

Stipulation to Dismiss
C 07-4078 JSW

1    Dated: October 29, 2007                    Respectfully submitted,

2                                               SCOTT N. SCHOOLS
                                                United States Attorney
3

4                                               _____/s/_____
                                                EDWARD A. OLSEN
5                                               Assistant United States Attorney
                                                Attorney for Defendants
6

7
     Dated: October 29, 2007                    _____/s/_____
8                                               DANIEL T. HUANG
                                                Attorney for Plaintiffs
9

10                                   **ORDER**

11
         Pursuant to stipulation, IT IS SO ORDERED.
12

13

14   Date:    October 30, 2007          _____
                                        JEFFREY S. WHITE
15                                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

     Stipulation to Dismiss
     C 07-4078 JSW